DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Michael.Humphreys@usdoj.gov
Counsel for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>    )<br>    Plaintiff,     )<br>    )<br>    v.     )<br>    )<br>$48,920.00 IN UNITED STATES CURRENCY, )<br>    )<br>    Defendant.     ) | 2:11-CV-039-RLH (LRL) |

## DEFAULT JUDGMENT OF FORFEITURE

The United States filed a verified Complaint for Forfeiture in Rem on January 10, 2011. Docket #1. The Complaint (#1) alleges the defendant property:

    a.     was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. Section 801, *et seq.*, and is subject to forfeiture pursuant to 21 U.S.C. Section 881(a)(6).

    b.     is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. Section 801, *et seq.*, and is subject to forfeiture pursuant to 21 U.S.C. Section 881(a)(6).

c.    was used or intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. Section 801, *et seq.*, and is subject to forfeiture pursuant to 21 U.S.C. Section 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

On April 13, 2011, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summons and Warrant of Arrest in Rem. #3, #4.

Pursuant to the Order (#3), the Complaint (#1), the Order (#3), the Summons and Warrant (#4), and the Notice of Complaint for Forfeiture (#4) were served on the defendant property, and the Notice was published according to law. #5.  All persons interested in the defendant property were required to file their claims with the Clerk of the Court within 30 days of the publication of the Notice or within 35 days of actual notice of this action, as applicable, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. #1, #3, #4, #5.

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from April 21, 2011, through May 20, 2011. #5, p. 2-4.

On July 19, 2011 Notice of Filing Service of Process was entered attaching the United States Marshals Service's Return on Service of Process evidencing service of process on all interested parties by personal service, regular mail and/or certified return receipt mail as follows:

a)    April 20, 2011: John Allen Youngblood c/o Shawn R. Perez, Attorney, by personal service. #8, p. 2-4;

b)    May 24, 2011: Shawn R. Perez, Attorney, by personal service. #8, p.5-19.

On May 26, 2011, the Notice of Filing Proof of Publication Process was filed. #5.

On July 5, 2011, the United States filed a Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to John Allen Youngblood, and Order, regarding the $48,920.00 in United States Currency.  John Allen Youngblood waived, among other things, service of process. #7.

. . .

2

On July 7, 2011, the Court entered the Order granting the Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to John Allen Youngblood, and Order. #7.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

On March 13, 2012, the United States filed a Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #9.

On March 14, 2012, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #10.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact.  The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___March 15, 2012___

3